[No. 68632-1-I.   Division One.   May 28, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB D. TUJI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-8-02386-1, Bruce W. Hilyer, J., entered April 12, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Dwyer, JJ.

[No. 68837-5-I.   Division One.   May 28, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CORNELIUS DARNELL WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06212-7, Richard D. Eadie, J., entered May 16, 2012. *Remanded with instructions* by unpublished per curiam opinion.

[No. 69043-4-I.   Division One.   May 28, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTOPHER J. LARSEN-SNYDER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-00206-6, Linda C. Krese, J., entered June 25, 2012. *Remanded with instructions* by unpublished per curiam opinion.

[No. 69164-3-I.   Division One.   May 28, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. M.C., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-8-00720-1, J. Wesley Saint Clair, J., entered August 9, 2012. *Dismissed* by unpublished per curiam opinion.